MINUTE ENTRY
VAN MEERVELD
July 23, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEI SOLUTIONS, INC., *Plaintiff* | * * * | CIVIL ACTION NO. 19-156 |
| VERSUS | * * | SECTION: "L" (1) |
| THE BURLINGTON INSURANCE COMPANY, *Defendant* | * * * * | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE JANIS VAN MEERVELD |

A settlement conference was held on Tuesday, July 23, 2019.

PRESENT:   *For the Plaintiff:*   David P. Vicknair, Wade Joseph

   *For the Defendant:*   Heather N. Sharp

Negotiations were successful and resulted in the settlement of all claims. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

Janis van Meerveld
United States Magistrate Judge

MJSTAR: 1:52